IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT NEWPOFF,<br><br>  Plaintiff,<br>v.<br><br>ALDI INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) No. _____<br>) Judge _____<br>)<br>) JURY DEMAND<br>)<br>) |

## DECLARATION OF LISA ROSSI

1.  I, Lisa Rossi, am employed in Corporate Administration by ALDI Inc., and I have personal knowledge of the information contained in this Declaration.

2.  This lawsuit was filed against ALDI Inc., which is an Illinois corporation. However, the store at which the incident in question was operated by ALDI (Indiana) L.P.

3.  ALDI (Indiana) L.P. is a limited partnership organized under the laws of the state of Indiana with its principal place of business in Indiana. ALDI (Indiana) LLC is the general partner of ALDI (Indiana) L.P. and ALDI Investments LLC is its limited partner. Both of these entities are organized under the laws of the state of Illinois, with their principal places of business in Illinois.

I, Lisa Rossi, declare the foregoing to be true to the best of my knowledge and belief.

*Lisa A. Rossi*
LISA ROSSI

This the 8th day of November, 2017.



EXHIBIT B